**AHDOOT & WOLFSON, PC**
Tina Wolfson (State Bar No. 174806)
*twolfson@ahdootwolfson.com*
1016 Palm Avenue
West Hollywood, California 90069
Telephone: (310) 474-9111
Facsimile: (310) 474-8585

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK SIEGAL, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SNAPCHAT, INC.,<br><br>Defendant. | Case No. 2:16-cv-3444-SVW (FFMx)<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**<br><br>Hon. Steven V. Wilson, presiding |

**PLEASE TAKE NOTICE** that Plaintiff Mark Siegal ("Plaintiff"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) hereby voluntarily dismisses all claims in this action without prejudice as to Defendant Snapchat, Inc. ("Defendant").

Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

(a) VOLUNTARY DISMISSAL.

    (1) *By the Plaintiff*.

        (a)    *Without a Court Order*.  Subject to Rules 23(e), 23.1(c), 23.2 and 66 and any applicable federal statute, the plaintif may dismiss an action without a court order by filing:

            (i)    a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

Defendant has not been served with the Summons and Complaint in this action.  Therefore, Defendant has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.  Accordingly, this matter may be dismissed without prejudice and without an Order of the Court.

Dated: May 20, 2016

**AHDOOT & WOLFSON, PC**

*/s/ Tina Wolfson*
Tina Wolfson
twolfson@ahdootwolfson.com
1016 Palm Avenue
West Hollywood, California 90069
Telephone: (310) 474-9111
Facsimile: (310) 474-8585

**ATTORNEYS FOR PLAINTIFF**